IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANK NEAL, | ) |
| Plaintiff, | ) No. 3:14-cv-00216 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Bryant |
| WHITE CASTLE SYSTEM, INC., | ) |
| | ) JURY DEMAND |
| Defendant. | ) |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the 23rd day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT