UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRANK NEAL                          )
                                    )
v.                                  )   NO. 3:14-0216
                                    )   JUDGE CAMPBELL
WHITE CASTLE SYSTEM, INC.           )

ORDER

Pursuant to 28 U.S.C. § 636, and Rule 72 of the Federal Rules of Civil Procedure, this case is REFERRED to the Magistrate Judge for decision on all pretrial, nondispositive motions and a report and recommendation on any dispositive motions.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE