UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRANK NEAL                                  )
                                            )
v.                                          )        NO. 3:14-0216
                                            )        JUDGE CAMPBELL
WHITE CASTLE SYSTEM, INC.                   )

ORDER

Pursuant to the Initial Case Management Order, this case is set for a jury trial on July 28, 2015, at 9:00 a.m. Plaintiff and counsel for the Defendant shall appear for a Pretrial Conference in this Court on July 17, 2015, at 10:00 a.m. All lawyers who will participate in the trial must attend the pretrial conference.

Pretrial Deadlines

The parties shall submit to the Court, by July 10, 2015, the following:

(1) proposed jury instructions and verdict forms;

(2) witness lists, except for witnesses solely for impeachment in accordance with Fed. R. Civ. P. 26(a)(3);

(3) exhibit lists, except for documents solely for impeachment in accordance with Fed. R. Civ. P. 26(a)(3);

(4) any stipulations;

(5) a short summary of their legal theories (no more than one page);

(6) a statement of the issues, including a designation of which issues are for the jury and which are for the Court;

(7) a succinct statement of the relief sought;

(8) a summary of any anticipated evidentiary disputes; and

(9) an estimate of the anticipated length of the trial.

## Motions in Limine and Objections to Experts

By July 2, 2015, the parties shall file any motions in limine and any motions objecting to expert testimony.  Any responses to such motions shall be filed by July 10, 2015.

## Discovery

Expert witness disclosures shall be made timely, in accordance with Local Rule 39.01(c)(6)d. Supplement responses to interrogatories, requests for production and requests for admissions shall be made timely in accordance with Local Rules 33.01(c), 34.01 and 36.01.  Objections to the use of a deposition at trial shall be made timely in accordance with Local Rules 32.01(b) and 39.01(d)(1). The Court may exclude evidence, or order other sanctions, for violation of a duty or deadline to make or supplement expert witness disclosures or discovery responses.

## Employment Discrimination Damages

In addition, the parties shall file briefs, on or before July 10, 2015, on what damages are recoverable in this action and, for each, whether the Court or the jury determines the amount.

## Pretrial Conference

Plaintiff and counsel for the Defendants shall be prepared, at the Pretrial Conference, to:

(1) identify and discuss undisputed facts and issues;

(2) discuss the status of discovery;

(3) preview proposed testimony and discuss subpoenas for witnesses;

(4) discuss expert testimony;

(5) preview proposed exhibits;

(6) discuss motions in limine;

(7) discuss proposed jury instructions and verdict forms;

(8) discuss settlement; and

(9) discuss pretrial briefs.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE